UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**WISCONSIN SHEET METAL WORKERS**
**HEALTH AND BENEFIT FUND, ET AL.**

  **Plaintiffs,**

 v.              Case No. 08-C-348

**SMITH & FLIESS MECHANICAL**
**CONTRACTORS, LLC,**

  **Defendant.**

## ORDER

  Pursuant to Title 28, United States Code, Section 455(b)(5)(iii), I herewith recuse myself from participation in this case. Accordingly,

  **IT IS ORDERED** that this matter be returned to the Clerk of Court for random reassignment.

  Dated at Milwaukee, Wisconsin, this 24th day of April, 2008.

            **BY THE COURT:**

            s/ Rudolph T. Randa
            **Hon. Rudolph T. Randa**
            **Chief Judge**